UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ORB FACTORY LIMITED,

Plaintiff,

v.

HAOJIE LIAN,

Defendant.

26 Civ. 3807 (DEH) (GWG)

**ORDER**

DALE E. HO, United States District Judge:

On August 28, 2026, Magistrate Judge Gorenstein issued a Report and Recommendation (the "Report," ECF No. 8), recommending that this case be dismissed sua sponte for failure to prosecute, because Plaintiff failed to serve Defendant within the time period prescribed under Federal Rule of Civil Procedure 4(m). *See* Report at 1-2. The deadline to file objections to the Report was September 11, 2026. As of the date of this Order, there have been no objections filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, Plaintiff has failed to serve Defendant within the 90 days permitted for service under Rule 4(m). Accordingly, this case is **DISMISSED**.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 30, 2026
New York, New York

DALE E. HO
United States District Judge